IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00218-CV

 

Marvin Wade,

                                                                      Appellant

 v.

 

Stephen L. Girsh, 

Allene Hurst and Frank Wade,

                                                                      Appellees

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court # 36758

 



MEMORANDUM 
Opinion



 








        This appeal concerns a suit to set aside a
sheriff’s sale of Appellant’s property. 
The trial court rendered summary judgment for Appellees.  We will affirm.

      Appellant
apparently contends that the trial court’s rendition of summary judgment
deprived him of the right to a jury trial. 
Yet the only action of the trial court of which Appellant apparently
complains is the denial of a motion for continuance.  No motion for continuance appears in the clerk’s
record of this case, although Appellant attaches to his brief a copy of a
motion filed in another case.  See Sabine Offshore Serv., Inc. v. City of
Port Arthur, 595 S.W.2d 840, 841 (Tex. 1979); Allen
v. Williams, 380 S.W.2d 718,
719 (Tex. Civ. App.—Waco 1964, no writ). 
The granting of a summary judgment does not improperly deprive a party
of the right to a jury trial.  Springer v. Am. Zurich Ins. Co., 115
S.W.3d 582, 587 (Tex. App.—Waco 2003, pet. denied); see City of Houston v. Clear
Creek Basin Auth., 589 S.W.2d 671, 678
n.5 (Tex. 1979).  We overrule Appellant’s
issue.  We affirm the judgment.

TOM
GRAY

Chief Justice

Before Chief Justice Gray,

      Justice
Vance, and

      Justice Reyna

Opinion
delivered and filed September 29, 2004

Affirmed

[CV06]